UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SALVATORE ROSSI,

                        Plaintiff,                    08 Civ. 259 (PKC)

      -against-

                                               ORDER

HAROLD E. SCHERR, JOHN and JANE DOES
NUMBERS 1-25, ARROW FINANCIAL SERVICES, LLC
And JOH AND JANE DOES 26-50,

                        Defendants.
------------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

        In this Fair Debt Collection Act case, brought as a putative class action, it appears that the plaintiff is a resident of the Eastern District of New York (Staten Island, NY) and the allegedly offending notices were mailed to him from Florida to plaintiff's home in the Eastern District of New York. Defendant Scherr maintains his office in Lake Mary, Florida and defendant Arrow Financial Services, LLC is said to be located in Cook County, Illinois. There are no facts alleged which occurred in this District. Though immaterial, I note that plaintiff's counsel is located in Greene County which is not in this District.

        Let the plaintiff and any other interested party show cause in writing by February 13, 2008, why this action ought not be transferred to the Eastern District of New York, pursuant to 28 U.S.C. § 1404(a).

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       January 24, 2008

2