```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-13-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SALVATORE ROSSI and LORRAINE ROSSI, on behalf of themselves and all others similarly situated,

    Plaintiffs

vs.                             CASE #: 1:08-cv-00259-PKC

HAROLD E. SCHERR, JOHN AND JANE DOES NUMBERS 1 THROUGH 25, SAID PERSONS BEING NAMED HEREIN AS THE PERSONS WHO ALSO CONTROL THE POLICIES AND PRACTICES INVOKED BY THE LAW OFFICE OF HAROLD E. SCHERR, ARROW FINANCIAL SERVICES, LLC and JOHN AND JANE DOES NUMBERS 26 THROUGH 50, SAID PERSONS BEING NAMED HEREIN AS THE PERSONS WHO ALSO CONTROL THE POLICIES AND PRACTICES INVOKED BY ARROW FINANCIAL SERVICES, LLC,
Defendants

------------------------------------------------------------x

## NOTICE OF DISMISSAL WITH PREJUDICE

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

    Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs hereby stipulate to and give notice of the dismissal with prejudice of the above-entitled and numbered action as to all defendants and all issues. Without any admission of liability or of the truth of said allegations, Defendant Scherr warrants that he has reviewed the allegations in Plaintiff's complaint and has agreed to take them under consideration and, where appropriate, modify his debt collection practices relevant thereto.

Respectfully submitted,

*[signature]*

Robert L. Arleo, Esq.
164 Sunset Park Road
Haines Falls, NY 12436
(518)-589-5264
Email: r.arleo@verizon.net

SO ORDERED.

*[signature]*
USDJ
2-13-08